UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHALONDA GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-119 |
| | § | |
| RELIANCE EXCHANGE GROUP, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed without prejudice.

SIGNED on this 4th day of April, 2013.

_____
Kenneth M. Hoyt
United States District Judge